# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re:   HIS STUFF, INC. | § | Case No. 11-15410 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/12/2012 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2012     By:   /s/Glenn R. Heyman
                                  Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: HIS STUFF, INC. | § Case No. 11-15410 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 40,582.86 |
| *and approved disbursements of* | $ | 893.88 |
| *leaving a balance on hand of* [1] | $ | 39,688.98 |
| **Balance on hand:** | $ | 39,688.98 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 39,688.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 4,808.29 | 0.00 | 4,808.29 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 4,534.00 | 0.00 | 4,534.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 197.45 | 0.00 | 197.45 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 2,034.00 | 0.00 | 2,034.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 11,823.74 |
| Remaining balance: | $ | 27,865.24 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 27,865.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 27,865.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,727.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 5,743.30 | 0.00 | 1,958.19 |
| 2 | PEOPLES GAS LIGHT & COKE COMPANY | 898.46 | 0.00 | 306.33 |
| 3 | Mavi Jeans | 2,680.79 | 0.00 | 914.02 |
| 4 | UNITED PARCEL SERVICE | 382.96 | 0.00 | 130.57 |
| 5 | Tri State Disp | 113.47 | 0.00 | 38.69 |
| 6 | C3 Worldwide | 2,477.40 | 0.00 | 844.67 |
| 7 | The Apparel Group, Ltd | 1,302.92 | 0.00 | 444.23 |
| 8 | Vict Appearal | 6,762.99 | 0.00 | 2,305.85 |
| 9 | Peerless Clothing Inc | 522.03 | 0.00 | 177.99 |
| 10 | Champion Energy | 965.09 | 0.00 | 329.05 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 11 | Hugo Boss | 4,490.31 | 0.00 | 1,530.98 |
| 12 | U.S. Bank N.A. | 32,601.90 | 0.00 | 11,115.67 |
| 13 | U.S. Bank N.A. | 9,390.24 | 0.00 | 3,201.62 |
| 14 | US Bancorp Equipment Finance, Inc. | 13,395.98 | 0.00 | 4,567.38 |

Total to be paid for timely general unsecured claims: $ 27,865.24
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 11-15410-JPC
His Stuff, Inc.                                                 Chapter 7
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1         User: corrinal           Page 1 of 3          Date Rcvd: Jun 06, 2012
                             Form ID: pdf006          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2012.
db          +His Stuff, Inc.,    5314 N Clark Street,    Chicago, IL 60640-2383
17117472     #AT&T,    PO Box 8100,    Aurora, IL 60507-8100
17117473     #+Brand Logic Inc,    847 W 16th St,    Newport Beach, CA 92663-2801
17508959     +C3 Worldwide,    Commerical Collection Solutions, Inc,    POB 4156,   Seal Beach, CA 90740-8156
17117476      CIT Group-JACS,    PO Box 1036,    Charlotte, NC 28201-1036
17117478     +DMX Music,    PO Box 660557,    Dallas, TX 75266-0557
17117479      Enro Shirt Co-Men's Div The Apparel Grou,    PO Box 952135,    Dallas, TX 75395-2135
17117480     +Gerry Worth,    1517 Westminster Dr,    Columbus, OH 43221-3447
17117481      H Best,    23403 Network Pl,    Chicago, IL 60673-1234
17117482      Halbert USA,    PO Box 33270,    Hartford, CT 06150-3270
17117483      Howard Pkg,    PO Box 5997,    Carol Stream, IL 60197-5997
17117484     +Hudson Clothing,    6409 Gayhart Street,    Commerce, CA 90040-2505
17117485     +Hugo Boss,    PO Box 12091,    Newark, NJ 07101-5091
17117487      Hugo Boss,    PO Box 12091,    Carol Stream, IL 60197-5130
17117488     +I Miller,    PO Box 2501,    Champlain, NY 12919
17117490      Luxoctica,    44 Harbor Pk Dr,    Port Washington, NY 11050-4686
17117491      Luxotica Group,    44 Harbor Park Dr,    Port Washington, NY 11050-4686
17117492     +Mavi Jeans,    201 Penhorn Av Unit 4,    Secaucus, NJ 07094-2149
17117493     +Mizrahi Design Group,    1200 S Hope St,    Los Angeles, CA 90015-2155
17117494     +Mundi,    331 Changebridge Rd,    Pine Brook, NJ 07058-9582
17117495     +North Community Bank,    3639 N Broadway St,    Chicago, IL 60613-4489
17117496      Northern Comfort Corp-dba Ballin Int,    2825 Brabant-Marineau,    Montreal, QC H4S 1R8
17197322     +PEOPLES GAS LIGHT & COKE COMPANY,    130 EAST RANDOLPH DRIVE,    CHICAGO, ILLINOIS 60601-6203
17117497     +Peerless Clothing Inc,    200 Industurial Pk Rd,    Saint Albans, VT 05478-1873
17117498     +Peoples Gas,    130 E Randolf Rd,    Chicago, IL 60601-6302
17117499     +Programe One,    960 Rand Rd Suite 113c,    Des Plaines, IL 60016-2300
17117500      Puma North America,    PO Box 5130,    Carol Stream, IL 60197-5130
17117501     +Ralph Fasano,    5536 N Glenwood #2F,    Chicago, IL 60640-1182
17117502      Report Collection-Modextil Inc,    5525 Pare St,    Montreal, QC H4P1P7
17117503     +Seminary Prop,    PO Box 1041,    Evenston, IL 60204-1041
17117504     +Seminary Properties and Management,    PO Box 1041,    Evanston, IL 60204-1041
17137448     +The CIT Group/Commercial Services, Inc.,    11 West 42nd Street,    New York, New York 10036-8012
17117506      Tri State Disp,    PO Box 627,    Blue Island, IL 60406-0627
17321151     +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
               Timonium, Maryland 21094-4396
17117508     +UPS,    Lockbox 577,    Carol Stream, IL 60132-0001
17723285    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank N.A.,    POB 5229,    Cincinnati, OH 45201-5229)
17794520     +US Bancorp Equipment Finance, Inc.,    Attn: Bkcy Dept,    1310 Madrid St.,
               Marshall, MN 56258-4099
17117509      US Bank Business Equipment Financing,    PO Box 790448,    St Louis, MO 63179-0448
17117510     +US Bank- Cash Flow Manager,    PO Box 790179,    Saint Louis, MO 63179-0179
17117511     +US Bank-CC,    PO Box 790408,    Saint Louis, MO 63179-0408
17117512     +US Bankcorp Business Finance,    1550 American Blvd, Ste 450,    Bloomington, MN 55425-1148
17117513      Vict Appearal,    PO Box 845362,    Boston, MA 02284-5362
17117514     +Yoo Shik Jeon,    5314 N Clark St,    Chicago, IL 60640-2381
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17117475     +E-mail/Text: mcampbell@championenergyservices.com Jun 07 2012 03:29:07     Champion Energy,
               13831 NW Freeway suite 250,    Houston, TX 77040-5205,    Attn: Sheila White
17117477     +E-mail/Text: legalcollections@comed.com Jun 07 2012 02:39:06      ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
17117505     +E-mail/Text: mary.lefevre@trggrp.com Jun 07 2012 03:01:42     TRG Group,    PO Box 795011,
               St Louis, MO 63179-0795
17518130     +E-mail/Text: rogergallardo@tagusa.com Jun 07 2012 03:08:34     The Apparel Group, Ltd,
               883 Trinity Dr.,    Lewisville, TX 75056-5297
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Crane, Heyman, Simon, Welch & Clar
17117474       C3 Worldwide LLC,    2700 W Commodore W,   Bldg A1 Suite 301, Seattle WA
17117486*      Hugo Boss,    PO Box 12091,   Newark, NJ 07101-5091
17117507*      Tri State Disp.,    PO Box 627,   Blue Island, IL 60406-0627
17117489    ##+Jeff Worth,    925 W Cornelia,   Chicago, IL 60657-1772
                                                                                 TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3                  Date Rcvd: Jun 06, 2012
                              Form ID: pdf006             Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2012**            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: Jun 06, 2012
                              Form ID: pdf006             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2012 at the address(es) listed below:
          David H Cutler   on behalf of Debtor  His Stuff, Inc. david@cutlerltd.com
          Glenn R Heyman   on behalf of Plaintiff Glenn Heyman Trustee gheyman@craneheyman.com,
           slydon@craneheyman.com;ecrane@craneheyman.com
          Glenn R Heyman    gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                        TOTAL: 4