**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HIS STUFF, INC. § Case No. 11-15410
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $35,500.00      Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $27,865.24     Claims Discharged
                                                 Without Payment: $140,973.60

Total Expenses of Administration: $12,717.62

3) Total gross receipts of $ 40,582.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,582.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,717.62 | 12,717.62 | 12,717.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 156,086.80 | 81,727.84 | 81,727.84 | 27,865.24 |
| **TOTAL DISBURSEMENTS** | $156,086.80 | $94,445.46 | $94,445.46 | $40,582.86 |

    4) This case was originally filed under Chapter 7 on April 11, 2011. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/23/2012          By: /s/GLENN R. HEYMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking - TCF Bank | 1129-000 | 40,580.39 |
| Interest Income | 1270-000 | 2.47 |
| **TOTAL GROSS RECEIPTS** | | **$40,582.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 4,808.29 | 4,808.29 | 4,808.29 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 4,534.00 | 4,534.00 | 4,534.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 197.45 | 197.45 | 197.45 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Popowcer Katten, Ltd. | 3410-000 | N/A | 2,034.00 | 2,034.00 | 2,034.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.83 | 77.83 | 77.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 94.34 | 94.34 | 94.34 |
| The Bank of New York Mellon | 2600-000 | N/A | -2.78 | -2.78 | -2.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 83.03 | 83.03 | 83.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.11 | 80.11 | 80.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.22 | 88.22 | 88.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.52 | 82.52 | 82.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 87.61 | 87.61 | 87.61 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 63.37 | 63.37 | 63.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.21 | 79.21 | 79.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.65 | 81.65 | 81.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.77 | 78.77 | 78.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,717.62 | 12,717.62 | 12,717.62 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 7100-000 | N/A | 5,743.30 | 5,743.30 | 1,958.19 |
| 2 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | 390.90 | 898.46 | 898.46 | 306.33 |
| 3 | Mavi Jeans | 7100-000 | 2,560.60 | 2,680.79 | 2,680.79 | 914.02 |
| 4 | UNITED PARCEL SERVICE | 7100-000 | 18.40 | 382.96 | 382.96 | 130.57 |
| 5 | Tri State Disp | 7100-000 | 108.50 | 113.47 | 113.47 | 38.69 |
| 6 | C3 Worldwide | 7100-000 | 2,298.70 | 2,477.40 | 2,477.40 | 844.67 |
| 7 | The Apparel Group, Ltd | 7100-000 | N/A | 1,302.92 | 1,302.92 | 444.23 |
| 8 | Vict Appearal | 7100-000 | 4,368.10 | 6,762.99 | 6,762.99 | 2,305.85 |
| 9 | Peerless Clothing Inc | 7100-000 | 522.00 | 522.03 | 522.03 | 177.99 |
| 10 | Champion Energy | 7100-000 | 130.10 | 965.09 | 965.09 | 329.05 |
| 11 | Hugo Boss | 7100-000 | 3,686.70 | 4,490.31 | 4,490.31 | 1,530.98 |
| 12 | U.S. Bank N.A. | 7100-000 | 32,765.40 | 32,601.90 | 32,601.90 | 11,115.67 |
| 13 | U.S. Bank N.A. | 7100-000 | 9,126.40 | 9,390.24 | 9,390.24 | 3,201.62 |
| 14 | US Bancorp Equipment Finance, Inc. | 7100-000 | 13,000.00 | 13,395.98 | 13,395.98 | 4,567.38 |
| NOTFILED | Mavi Jeans | 7100-000 | 2,341.40 | N/A | N/A | 0.00 |
| NOTFILED | Mavi Jeans | 7100-000 | 1,639.80 | N/A | N/A | 0.00 |
| NOTFILED | Mizrahi Design Group | 7100-000 | 985.00 | N/A | N/A | 0.00 |
| NOTFILED | North Community Bank | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mundi | 7100-000 | 157.30 | N/A | N/A | 0.00 |
| NOTFILED | Luxoctica Group | 7100-000 | 96.50 | N/A | N/A | 0.00 |
| NOTFILED | Luxoctica | 7100-000 | 90.30 | N/A | N/A | 0.00 |
| NOTFILED | Halbert USA | 7100-000 | 640.00 | N/A | N/A | 0.00 |
| NOTFILED | H Best | 7100-000 | 140.30 | N/A | N/A | 0.00 |
| NOTFILED | Halbert USA | 7100-000 | 1,186.00 | N/A | N/A | 0.00 |
| NOTFILED | Howard Pkg | 7100-000 | 20.50 | N/A | N/A | 0.00 |
| NOTFILED | I Miller | 7100-000 | 310.00 | N/A | N/A | 0.00 |
| NOTFILED | Hudson Clothing | 7100-000 | 2,736.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Comfort Corp-dba Ballin Int | 7100-000 | 426.40 | N/A | N/A | 0.00 |
| NOTFILED | TRG Group | 7100-000 | 160.60 | N/A | N/A | 0.00 |
| NOTFILED | Report Collection-Modextil Inc. | 7100-000 | 2,999.20 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Report Collection-Modextil Inc. | 7100-000 | 3,121.80 | N/A | N/A | 0.00 |
| NOTFILED | Report Collection-Modextil Inc. | 7100-000 | 289.50 | N/A | N/A | 0.00 |
| NOTFILED | Report Collection-Modextil Inc. | 7100-000 | 2,511.80 | N/A | N/A | 0.00 |
| NOTFILED | Puma North America | 7100-000 | 76.10 | N/A | N/A | 0.00 |
| NOTFILED | Report Collection-Modextil Inc. | 7100-000 | 1,844.50 | N/A | N/A | 0.00 |
| NOTFILED | Programe One | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Puma North America | 7100-000 | 38.10 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Disp | 7100-000 | 108.50 | N/A | N/A | 0.00 |
| NOTFILED | Seminary Prop | 7100-000 | 6,736.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank Business Equipment Financing | 7100-000 | 11,378.40 | N/A | N/A | 0.00 |
| NOTFILED | H Best | 7100-000 | 1,707.90 | N/A | N/A | 0.00 |
| NOTFILED | Northern Comfort Corp-dba Ballin Int | 7100-000 | 307.00 | N/A | N/A | 0.00 |
| NOTFILED | Programe One | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Enro Shirt Co-Men's Div The Apparel | 7100-000 | 832.20 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 127.80 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 138.50 | N/A | N/A | 0.00 |
| NOTFILED | DMX Music | 7100-000 | 62.80 | N/A | N/A | 0.00 |
| NOTFILED | DMX Music | 7100-000 | 53.60 | N/A | N/A | 0.00 |
| NOTFILED | Enro Shirt Co-Men's Div The Apparel | 7100-000 | 764.70 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 218.80 | N/A | N/A | 0.00 |
| NOTFILED | Gerry Worth | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The CIT Group-JACS | 7100-000 | 180.80 | N/A | N/A | 0.00 |
| NOTFILED | The CIT Group-JACS | 7100-000 | 372.80 | N/A | N/A | 0.00 |
| NOTFILED | Brand Logic, Inc. | 7100-000 | 1,580.40 | N/A | N/A | 0.00 |
| NOTFILED | Brand Logic, Inc. | 7100-000 | 1,713.20 | N/A | N/A | 0.00 |
| NOTFILED | The CIT Group-JACS | 7100-000 | 329.90 | N/A | N/A | 0.00 |
| NOTFILED | The CIT Group-JACS | 7100-000 | 154.80 | N/A | N/A | 0.00 |
| NOTFILED | H Best | 7100-000 | 132.30 | N/A | N/A | 0.00 |
| NOTFILED | The CIT Group-JACS | 7100-000 | 319.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 156,086.80 | 81,727.84 | 81,727.84 | 27,865.24 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-15410  
**Case Name:** HIS STUFF, INC.  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 04/11/11 (f)  
**§341(a) Meeting Date:** 05/25/11  

**Period Ending:** 08/23/12  
**Claims Bar Date:** 09/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking - TCF Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50,000.00 | 50,000.00 | | 40,580.39 | FA |
| 2 | Security deposit with landlord - Seminary Proper<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 6,500.00 | 6,500.00 | DA | 0.00 | FA |
| 3 | Security Deposit - Chang Nam Jeon<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 4 | Leasehold improvements, furniture and fixtures a<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 5 | Inventory as of date of closing per computer (ac<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 27,000.00 | 27,000.00 | OA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.47 | FA |
| 6 | Assets    Totals (Excluding unknown values) | **$85,500.00** | **$85,500.00** | | **$40,582.86** | **$0.00** |

RE PROP# 4    Abandoned per Court Order 05/11/11

RE PROP# 5    Abandoned per Court Order 05/11/11

**Major Activities Affecting Case Closing:**

05/08/2012: TFR delivered to USTO (dk)

05/02: Store keys (for both stores) fedex'd to Don Dodge; GRH wants him to check inventory & value. (dk)

12/30/2011: Inventory abandoned (no value), liquidation of bank account.  Will prepare tax returns; checking claims, then close case.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    May 8, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-15410 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | HIS STUFF, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******76-65 - Checking Account |
| Taxpayer ID #: | **-***8355 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/23/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/20/11 | {1} | TCF National Bank | Liquidation of checking account | 1129-000 | 40,580.39 | | 40,580.39 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 40,580.50 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,580.84 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.83 | 40,503.01 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,503.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.34 | 40,409.01 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.78 | 40,411.79 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,412.12 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.03 | 40,329.09 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,329.43 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.11 | 40,249.32 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 40,249.65 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.22 | 40,161.43 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,161.77 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.52 | 40,079.25 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,079.59 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.61 | 39,991.98 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-15410, Blanket Bond Payment Bond#016026455 | 2300-000 | | 63.37 | 39,928.61 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.21 | 39,849.40 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.65 | 39,767.75 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.77 | 39,688.98 |
| 07/12/12 | 1002 | GLENN R. HEYMAN | Dividend paid 100.00% on $4,808.29, Trustee Compensation;  Reference: | 2100-000 | | 4,808.29 | 34,880.69 |
| 07/12/12 | 1003 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $2,034.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,034.00 | 32,846.69 |
| 07/12/12 | 1004 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 32,596.69 |
| 07/12/12 | 1005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $4,534.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,534.00 | 28,062.69 |
| 07/12/12 | 1006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $197.45, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 197.45 | 27,865.24 |
| 07/12/12 | 1007 | The CIT Group/Commercial | Dividend paid  34.09% on $5,743.30; Claim# 1; | 7100-000 | | 1,958.19 | 25,907.05 |

Subtotals :  $40,582.86  $14,675.81

{} Asset reference(s)

Printed: 08/23/2012 12:03 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-15410  
**Case Name:** HIS STUFF, INC.

**Taxpayer ID #:** **-***8355  
**Period Ending:** 08/23/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Services, Inc. | Filed: $5,743.30; Reference: | | | | |
| 07/12/12 | 1008 | PEOPLES GAS LIGHT & COKE COMPANY | Dividend paid 34.09% on $898.46; Claim# 2; Filed: $898.46; Reference: | 7100-000 | | 306.33 | 25,600.72 |
| 07/12/12 | 1009 | Mavi Jeans | Dividend paid 34.09% on $2,680.79; Claim# 3; Filed: $2,680.79; Reference: | 7100-000 | | 914.02 | 24,686.70 |
| 07/12/12 | 1010 | UNITED PARCEL SERVICE | Dividend paid 34.09% on $382.96; Claim# 4; Filed: $382.96; Reference: | 7100-000 | | 130.57 | 24,556.13 |
| 07/12/12 | 1011 | Tri State Disp | Dividend paid 34.09% on $113.47; Claim# 5; Filed: $113.47; Reference: | 7100-000 | | 38.69 | 24,517.44 |
| 07/12/12 | 1012 | C3 Worldwide | Dividend paid 34.09% on $2,477.40; Claim# 6; Filed: $2,477.40; Reference: | 7100-000 | | 844.67 | 23,672.77 |
| 07/12/12 | 1013 | The Apparel Group, Ltd | Dividend paid 34.09% on $1,302.92; Claim# 7; Filed: $1,302.92; Reference: | 7100-000 | | 444.23 | 23,228.54 |
| 07/12/12 | 1014 | Vict Appearal | Dividend paid 34.09% on $6,762.99; Claim# 8; Filed: $6,762.99; Reference: | 7100-000 | | 2,305.85 | 20,922.69 |
| 07/12/12 | 1015 | Peerless Clothing Inc | Dividend paid 34.09% on $522.03; Claim# 9; Filed: $522.03; Reference: | 7100-000 | | 177.99 | 20,744.70 |
| 07/12/12 | 1016 | Champion Energy | Dividend paid 34.09% on $965.09; Claim# 10; Filed: $965.09; Reference: | 7100-000 | | 329.05 | 20,415.65 |
| 07/12/12 | 1017 | Hugo Boss | Dividend paid 34.09% on $4,490.31; Claim# 11; Filed: $4,490.31; Reference: | 7100-000 | | 1,530.98 | 18,884.67 |
| 07/12/12 | 1018 | U.S. Bank N.A. | Dividend paid 34.09% on $32,601.90; Claim# 12; Filed: $32,601.90; Reference: | 7100-000 | | 11,115.67 | 7,769.00 |
| 07/12/12 | 1019 | U.S. Bank N.A. | Dividend paid 34.09% on $9,390.24; Claim# 13; Filed: $9,390.24; Reference: | 7100-000 | | 3,201.62 | 4,567.38 |
| 07/12/12 | 1020 | US Bancorp Equipment Finance, Inc. | Dividend paid 34.09% on $13,395.98; Claim# 14; Filed: $13,395.98; Reference: | 7100-000 | | 4,567.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,582.86 | 40,582.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 40,582.86 | 40,582.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,582.86** | **$40,582.86** | |

{} Asset reference(s)                                                                             Printed: 08/23/2012 12:03 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-15410 | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** HIS STUFF, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******76-65 - Checking Account |
| **Taxpayer ID #:** **-***8355 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/23/12 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 40,582.86 | |
| Net Estate : | $40,582.86 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******76-65 | 40,582.86 | 40,582.86 | 0.00 |
| | $40,582.86 | $40,582.86 | $0.00 |

{} Asset reference(s)